| PLAINTIFF’S REHEARING APPLICATION GRANTED; OPINION OF NOVEMBER 21, 2000 VACATED AND WITHDRAWN; DEFENDANT’S WRIT APPLICATION DENIED
We find no error in the trial court judgment. See Hargis v. Jefferson Parish, *697 2000-0072 (La.3/17/00), 755 So.2d 891, reversing 99-0971 (La.App. 4th Cir.12/8/99), 748 So.2d 606; Delta Development Co. v. Jurgens, 456 So.2d 145 (La.1984); Guarino v. Pendleton Memorial Methodist Hospital, 94-1264 (La.App. 4th Cir.2/23/95), 650 So.2d 1243; Sprowl v. Wohl, 576 So.2d 638 (La.App. 4th Cir.), writ denied, 580 So.2d 928 (La.1991); Landry v. Thomas, 422 So.2d 513 (La.App.2 4th Cir.1982), writ denied, 429 So.2d 143 (La.1983).